UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASON M. FIELDS,

    Plaintiff,

v.                                                                Case No. 17-C-1506

LT. TODD A. ZOLKOWSKI et al.,

    Defendants.

**ORDER**

Plaintiff Jason M. Fields, who is incarcerated at Winnebago Correctional Center and representing himself, brought this action pursuant to 42 U.S.C. § 1983, alleging that the defendants violated his civil rights. The court held a jury trial on January 16, 2019, and the jury returned a verdict in favor of the defendants the same day. Judgment was entered on January 17, 2019. On February 1, 2019, Fields filed a notice of appeal from the order and judgment dismissing his case along with a motion for preparation of transcripts and waiver of costs. The fee for filing a notice of appeal is $505.00. If Fields is unable to pay the fee, he may file an Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis along with a certified copy of his institutional trust account statement for the past six months. 28 U.S.C. § 1915(a).

Until Fields files the affidavit and trust account statement under § 1915(a) and prepays any partial filing fee assessed under § 1915(b), the court will take no action on Fields' motion for preparation of transcripts and waiver of costs. Upon the filing of an affidavit and trust account statement and payment of any partial filing fee, the court will grant Fields' motion pursuant to § 1915(c) and direct that the court reporter prepare transcripts of the final pretrial conference and

jury trial to be docketed for the purpose of appeal, and a copy of the transcripts will be sent to Fields.

**SO ORDERED** this  4th  day of February, 2019.

                                    s/ William C. Griesbach
                                    William C. Griesbach, Chief Judge
                                    United States District Court